# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES**<br>　　　　　**Appellee** | NMCCA NO. 201800082 |
| | **The Court En Banc** |
| **v.** | |
| **Stephen A. BEGANI**<br>**Chief Petty Officer (E-7)**<br>**U. S. Navy, Retired**<br>　　　　　**Appellant** | **ORDER**<br><br>*Granting Reconsideration* |

Upon consideration of Appellee's Motion for Reconsideration and Suggestion for En Banc Consideration, filed on 4 September 2019, it is, by the Court, this 1st day of October 2019,

**ORDERED:**

1. That the Motion is **GRANTED**. The Court En Banc will consider the case.

2. That the Court's 31 July 2019 decision is hereby **WITHDRAWN**.

3. That no briefs or arguments will be accepted unless required by further order of the Court.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
NMCCA (51)
45 (LT Rosinski)
46 (LT Ceder, LT Rios)
02